**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ORLAND PAYNE, | ) CASE NO: 6:12-cv-06136-MAT |
| Plaintiff | ) District Judge Michael A. Telesca |
| v. | ) Magistrate Judge Jonathan W. Feldman |
| ALLIED INTERSTATE, INC., | ) |
| Defendant | ) NOTICE OF MOTION FOR ATTORNEYS' FEES AND COSTS |

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, the Declarations of his counsel, and exhibits attached thereto, together with all prior pleadings and proceedings had herein, Plaintiff, Orland Payne, hereby respectfully moves this Court for an Order granting Plaintiff's attorneys' fees and costs, and for such further relief as the Court may deem just and proper.

Respectfully Submitted,

Kimmel & Silverman, P.C.

By: */s/ Craig Thor Kimmel*
    Craig Thor Kimmel
    1001 6th Avenue, Suite 12
    New York, NY 10018
    Phone: (800) 668-3247
    Fax: (800) 863-1689
    Email: kimmel@creditlaw.com
    Attorney for Plaintiff

Dated: October 17, 2012